UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                    Case No.  8:19-bk-01218-RCT
                                                          Chapter 7
Alan Richard Baker
Faith Elizabeth Baker

           Debtors.

_____/

## MOTION FOR TURNOVER OF PROPERTY OF THE ESTATE

COMES NOW, Carolyn R. Chaney, Chapter 7 Trustee, and files this Motion for Turnover of Property of the Estate, and says:

1.  On February 14, 2019, the Debtors filed a Petition for Relief under Chapter 7 of the Bankruptcy Code.

2.  Carolyn R. Chaney was appointed Trustee and the meeting of creditors held and concluded on March 19, 2019.

---

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

**Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 30 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.  You should read these papers carefully and discuss them with your attorney if you have one.  If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated.**

**If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602-3899 and serve a copy on Carolyn R. Chaney, Chapter 7 Trustee, Post Office Box 530248, St. Petersburg, FL 33747, and any other appropriate persons within the time allowed.  If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.**

**If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

---

3.      The Debtors have provided the Trustee with their 2018 Federal Income Tax Return which shows they received a tax refund in the amount of $9,701.00.

4.      The 2018 Federal Income Tax Refund is non-exempt personal property.  The Trustee has requested a turnover of the 2018 income tax refund.

5.      The Debtors have failed to turn over their 2018 Federal Income Tax Refund to the Trustee.

WHEREFORE, the Trustee respectfully requests that an Order be entered directing the Debtors to turn over their 2018 Federal Income Tax Refund in the amount of $9,701.00 and for such other relief as this Court deems appropriate.

DATED:  February 7, 2020.                    /s/ Carolyn R. Chaney, Trustee
                                             Post Office Box 530248
                                             St. Petersburg, FL  33747-0248
                                             Telephone:  (727) 864-9851
                                             Email:  carolyn.chaney@earthlink.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion for Turnover of Property of the Estate has been provided by electronic or U.S. Mail delivery on February 7, 2020, to:

Office of U.S. Trustee, at USTPRegion21.TP.ECF@USDOJ.GOV

Debtors:  Alan and Faith Baker, 6517 Creekview Terrace North, Pinellas Park, FL  33781

Attorney for Debtors:  Alan D. Borden, Esquire, 901 W. Hillsborough Avenue, Tampa, FL 33603; Email: data@1800debtrelief.com.

                                             /s/ Carolyn R. Chaney, Trustee